**No. 10-1286. Eddie Bernard Rogers, Petitioner v. United States.**

563 U.S. 1009, 131 S. Ct. 2914, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3967.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 607.

■

**No. 10-1292. Daniel Chapter One, et al., Petitioners v. Federal Trade Commission.**

563 U.S. 1009, 131 S. Ct. 2917, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3931.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 405 Fed. Appx. 505.

■

**No. 10-1294. Ivor G. Luke, Petitioner v. United States.**

563 U.S. 1009, 131 S. Ct. 2917, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3995.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 309.

■

**No. 10-1323. UHS of Delaware, Inc., Petitioner v. Mary Virginia Masters, aka Virginia E. Johnson.**

563 U.S. 1009, 131 S. Ct. 2920, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3853.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 631 F.3d 464.

■

**No. 10-8580. Nina Shahin, Petitioner v. Richard J. Strosser, et al.**

563 U.S. 1009, 131 S. Ct. 2901, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3983.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

■

**No. 10-8641. Christopher Wilkins, Petitioner v. Texas.**

563 U.S. 1009, 131 S. Ct. 2901, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3838.

May 23, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

■

**No. 10-8744. Luis R. Carney, Petitioner v. Kellie L. Carney.**

563 U.S. 1009, 131 S. Ct. 2901, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3854.

May 23, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District denied.

Same case below, 46 So. 3d 605.